UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY JOSEPH ALEX, I, :
    Plaintiff :
     :
v. : CIVIL NO. 1:15-CV-00754
     :
KIMBERLY A. BARKLEY, *et al.*, :
    Defendants :

### *O R D E R*

AND NOW, this 1st day of December, 2015, upon consideration of the report and recommendation of Magistrate Judge Schwab (Doc. 42) filed on November 5, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. Magistrate Judge Schwab's report and recommendation is ADOPTED.
2. Defendants' Motion to Dismiss (Doc. 37) is GRANTED.
3. Plaintiff's complaint is DISMISSED with prejudice.
4. The clerk shall close this file.

                                                /s/William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge